PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dennis Morales                                    Cr.: 97-00093-001

Name of Sentencing Judicial Officer: Honorable Maryann Trump-Barry, U.S.D.J.

Date of Original Sentence: 04/15/98

Original Offense: Distribution and Possession with Intent to Distribute More than 5 grams of Crack Cocaine

Original Sentence: 78 months imprisonment followed by a 5 year term of supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 03/19/03

### PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

Petition for the addition of this special condition is being made at the request of the defendant. The addition of the above condition will enable the Probation Office to refer and pay for appropriate mental health treatment.

Respectfully submitted,

By: Paul E. Chomski
U.S. Probation Officer
Date:  09/09/06

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[   ] The Extension of Supervision as Noted Above
[   ] No Action
[   ] Other

Signature of Judicial Officer

8-28-06
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

Witness: _Paul E Choinski_
United States Probation Officer
Paul E. Choinski

Signed: _Dennis Morales_
Supervised Releasee
Dennis Morales

_7/5/06_
DATE